JDPA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 SEP -3 PM 1:28
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**Julio Cesar VELAZQUEZ-Chavez,**<br><br>Defendant | Magistrate Docket No. '08 MJ 2710<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **September 2, 2008** within the Southern District of California, defendant, **Julio Cesar VELAZQUEZ-Chavez,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Sean Braud
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 3rd DAY OF **SEPTEMBER, 2008**

_____
Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

DOA 09/02/08

CONTINUATION OF COMPLAINT:
Julio Cesar VELAZQUEZ-Chavez

## PROBABLE CAUSE STATEMENT

On September 2, 2008, Marine Interdiction Agents (MIA) P. Frith, J. H. Lopez and Border Patrol Agent A. Curtis were performing crewman duties onboard a U.S. Customs and Border Protection (CBP) marked vessel. At approximately 3:06 A.M., MIA agents in the marked vessel were informed via radio by Joint Harbor Operations Center (JHOC) that there was a vessel in an area of 32.29N, 117.08W, traveling at a speed of 26 knots heading and northbound towards the United States International Boundary. The vessel was later stopped by the MIA agents in the marked vessel, at 32.34N, 117.10W, approximately four miles north of the U.S. Mexico border. MIA marked vessel was sitting lights out approximately three miles away, with no visual of the target. Agent Frith entered the latitude and longitude coordinates into the GPS navigation system given by the J.H.O.C and began an intercept. Upon arriving on scene agents noticed a vessel, without navigational lights. Agent Lopez turned on the flood light and lit up the suspect vessel. When the suspect vessel became aware of our marked Customs and Border Protection vessel he abruptly turned 180 degrees and increased his speed. Agent Frith then activated his lights and siren and began the pursuit. Agent Lopez turned on the flood lights and the suspect vessel attempted to evade the light. The driver began evasive and dangerous maneuvers turning into the marked vessel which could have caused serious injury or death. After a four minute pursuit, it was clear that the suspect vessel would not heave and all other methods to stop the vessel had failed. Agent Lopez prepared to fire warning shots in accordance with the CBP MIA Small Boat Interdiction Program. Agent Lopez took a position alongside the console of the marked vessel with a SBIP Shotgun loaded in an SBIP fashion. Agent Lopez fired two successful warning shots, yet the vessel still failed to yield. Agent Lopez then proceeded to fire one disabling shot. Only after firing disabling round did the fleeing vessel stop at approximately 3:38 A.M.

MIA agents then stopped their marked vessel alongside the suspect vessel and immediately boarded the suspect vessel. All agents identified themselves as U.S. Customs and Border Protection Officers. The driver was immediately handcuffed. A cursory search of the vessel and its occupants, for officer safety, was then performed by Agent Curtis. Agent Curtis questioned the fourteen (14) occupants as to their immigration status. Each subject, including one later identified as the defendant **Julio Cesar VELAZQUEZ-Chavez**, freely admitted to being citizens and nationals of Mexico not in possession of any immigration documents which would allow them to enter or remain in the United States legally. All occupants of the subject vessel were then transferred to CBP Vessel for transport to Marine Corps Recruit Depot (MCRD) in San Diego. All subjects were turned over to the Immigration and Customs Enforcement (ICE) Marine Task Force for further investigation and prosecution. All subjects were transported to Imperial Beach Border Patrol Station for processing. The vessel was seized by CBP Air and Marine.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **June 12, 2006** through **Brownsville, Texas.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda Rights. He stated he understood his rights, and was willing to answer questions without the presence of an attorney. **VELAZQUEZ** admitted that he is a citizen and national of Mexico, illegally present in the United States, with no immigration documents that would allow him to enter or remain in the United States legally.